# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

SECOND Amended Complaint

Da'SHAUN BROOKS,

Inmate ID Number: H46839,

PLAINTIFF,

*(Write the full name and inmate ID number of the Plaintiff.)*

LEGAL MAIL
Provided to Florida State Prison on 12/13/21 for mailing by [initials]

Case No.: 4:21-CV-182-WS-MJF
*(To be filled in by the Clerk's Office)*

v.

OFFICER ELIAS,

OFFICER SAILOR,

CAPTAIN JAMINSON,

**Jury Trial Requested?**
☒ YES ☐ NO

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

DEFENDANTS /

FILED USDC FLND PN
DEC 17 '21 AM11:43

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Da'Shaun Brooks    ID Number: H40839

List all other names by which you have been known: N/A

Current Institution: Florida State Prison

Address: PO Box 800

Raiford Fl - 32083-0800

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Elias

   Official Position: Correctional Officer

   Employed at: Wakulla C.I. Annex

   Mailing Address: 110 Melaleuca Drive

   Crawfordville, Fla 32327

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: Sailor

   Official Position: Officer

   Employed at: Wakulla C.I Annex

   Mailing Address: 110 Melaleuca Drive

   Crawfordville, FLA 32327

   ☒ Sued in Individual Capacity      ☐ Sued in Official Capacity

3. Defendant's Name: Tominson

   Official Position: Captain

   Employed at: Wakulla C.I Annex

   Mailing Address: 110 Melaleuca Drive

   Crawfordville, FLA 32327

   ☒ Sued in Individual Capacity      ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee          ☐ Civilly Committed Detainee

☑ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

① On or about January 4, 2021 whike assigned to and resided in cell 2202 of J-Dorm at Wakulla Correctional Institution Annex. (Plaintiff offical Housing)

② J Dorm serves as Wakulla CI Annex confinement unit.

③ At approximately 3:15pm plaintiff decleared a psycological Emergency

④ Officer Sailor alone, came to plaintiff cell (J2-202). Placed Plaintiff in Handcuffs and removed plaintiff form said cell, to address Psycological Emergency stated in fact ③.

⑤ Officer Sailor than proceeded to escort plaintiff down wing Dorm stairs.

⑥ Once down said flight of stairs Plaintiff layed down on floor to attempt to for the shift captain to respond.

⑦ Officer Elias came out of the shift captain office And started to attack plaintiff by grabbing plaintiff by t-shirt and shorts and body slamming plaintiff numerous times.

⑧ Officer Elias then proceeded to place his knee in the middle

## Statement of Facts Continued *(Page 2 of 2)*

Plaintiffs Back.

(9) Plaintiff then attempted to try and roll away from the unwarranted attack from Officer Elias

(10) As a counter to Plaintiff attempt to roll away Defendants Elias and Sailor jumped and held Plaintiff respectively.

(11) While held by Sailor, Defendant than placed his knee on the neck of Plaintiff.

(12) Caption Jaminson witnessed the attack in progess by Defendant Sailor and Elias, than left to get leg irons

(13) Upon Caption Jaminson Defendant return, Captian too Tight placed leg irons on Plaintiff.

(14) Plaintiff was than placed in shower 1 and use of force hand held camera was activated.

(15) Plaintiff while on said camera stated in fact 14 was escorted to medical and seen by medical staff.

(16) Plaintiff has exhausted all administrative remedies and institution grievance process.

V.

Count ONE: Breach of Duty to Protect
          AGAINST Defendant CAPTAIN JAMINSON

(17) Defendant Jaminson exercised deliberate indifference to Plaintiff's Health and safety by failing to protect him from a attack from prison staff (officer sailor & officer Elzas). Not only did defendant Jaminson fail to stop the attack by fellow defendants on plaintiff he maliciously added to the attack by placing leg irons on the plaintiff to tightly in an attempt to injure and cause pain to the plaintiff

(18) As a result of the defendant exercised deliberate indifference plaintiff suffered serious harm at the hands of prison staff. Plaintiff sustained multiple physical injuries, including bruises upon neck, back, and ankles. Plaintiff currently suffers from neck, back, finger and pain to the ankle area. Plaintiff also suffered extreme emotional distress from the incident.

Count two: Cruel AND Unusal Punishment violation of plaintiff
           US constitution 8th amendment
           AGAINST DEFENDANT Officer Elzas

(19) Defendant Elzas exercised Assult violated the plaintiffs right to be free from cruel and unusal punishment. On January 4th 2021 while plaintiff attempted to seek psyological treatment, officer Elzas engaged unprovked in attacking said plaintiff. By repeatly body slamming plaintiff. And placing his knee in the small of plaintiffs back and neck. Defendant Elzas is an extremely over weight man in excess of the 400 pound range. Plaintiff is approximately in the 150 to 160 pound range. Defendant Elzas is a trained correction officer who has to pass test in policies of the department of corrections before becoming a certified correction officer to which officer Elzas is. One of those ploloicies that all certified correction officers are trained in is the use of force. No where in F.A.C Chapter 33 which governs the operational policies of the D.O.C Allow or Caus

(7)

Statement of Claims (2 of 2)

for a staff member to pick up a inmate who is already rendered a non-threat because not only is he in a prone posture but is hand cuffed in the back. And not once but numerous times body slamming plaintiff. As was the case exercised by defendant towards plaintiff. Thus placement of the knee in the small of the back and neck would have been excessive even in the case of a person double the size of said plaintiff.

20) As a result of the defendants exercised actions of cruel and unusual punishment. Plaintiff suffered serious harm at the hands of prison staff. Plaintiff sustained multiple physical injuries, including bruises upon neck, back and ankles. Plaintiff currently suffers from neck, back, finger, and pain to the ankle area. Plaintiff also suffered extreme emotional distress from the incident.

Count Three: Breach of Duty to Protect
           Against Defendants Officer Saylor

21) Defendant Saylor exercised deliberate indifference to the plaintiffs health and safety by failing to protect him from a attack from prison staff (Officer Eizas). Officer Saylor watched and did not attempt to stop the unwarranted and violation of US law and Department of Corrections policy. But aided in said attack by holding plaintiff while defendant Eizas maliciously attacked plaintiff.

22) As a result of the defendants exercised deliberate indifference. Plaintiff suffered serious harm at the hands of prison staff. Plaintiff sustained multiple physical injuries, including bruises upon neck, back and to the ankle area. Plaintiff also suffered extreme emotional distress.



8

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

"SEE ATTACHED"

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Plaintiff prays for Judgement in his favor and damages in his favor against all defendants in an amount sufficient to compensate him for the pain and mental anguish suffered by him due to the deliberate indifference and intentional misconduct of defendants, but in no event less than 5 million Dollars, together with his Fees and cost, and such additional relief as the court may deem just and proper

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: __N/A__  Case #: __N/A__

   Court: __N/A__

2. Date: __N/A__  Case #: __N/A__

   Court: __N/A__

3. Date: __N/A__  Case #: __N/A__

   Court: __N/A__

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either **state or federal court** dealing with the same facts or issue involved in this case?

☐ YES  ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: __N/A__  Parties: __N/A__

    Court: N/A    Judge: N/A

    Date Filed: N/A    Dismissal Date *(if not pending)*: N/A

    Reason: N/A

2. Case #: N/A    Parties: N/A

    Court: N/A    Judge: N/A

    Date Filed: N/A    Dismissal Date *(if not pending)*: N/A

    Reason: N/A

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☑ YES    ☐ NO

If you answered yes, identify all lawsuits:

1. Case #: 2:21-CV-648-JES-MRM    Parties: _____

    Court: Fort Myers    Judge: JES-MRM

    Date Filed: 9-23-2021    Dismissal Date *(if not pending)*: Pending

    Reason: _____

2. Case #: N/A    Parties: N/A

    Court: N/A    Judge: N/A

    Date Filed: N/A    Dismissal Date *(if not pending)*: N/A

    Reason: N/A

3. Case #: N/A    Parties: N/A

Court: N/A  Judge: N/A

Date Filed: N/A  Dismissal Date *(if not pending)*: N/A

Reason: N/A

4. Case #: N/A  Parties: N/A

   Court: N/A  Judge: N/A

   Date Filed: N/A  Dismissal Date *(if not pending)*: N/A

   Reason: N/A

5. Case #: N/A  Parties: N/A

   Court: N/A  Judge: N/A

   Date Filed: N/A  Dismissal Date *(if not pending)*: N/A

   Reason: N/A

6. Case #: N/A  Parties: N/A

   Court: N/A  Judge: N/A

   Date Filed: N/A  Dismissal Date *(if not pending)*: N/A

   Reason: N/A

*(Attach additional pages as necessary to list all cases.* **Failure to disclose all prior cases may result in the dismissal of this case.***)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 12/13/21   Plaintiff's Signature: DA'SHUN BROOKS

Printed Name of Plaintiff: DA'Shaun Brooks  BC# H40839

Correctional Institution: Florida STATE Prison

Address: PO Box 800

Rasford, Florida 32083

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

**the prison's mail system for mailing on the** __13.__ **day of** __December__ ,

**20** __21__ .


Signature of Incarcerated Plaintiff: __Dashawn Brooks__



Da'Shaun Brooks #H40839
Florida State Prison
P.O. Box 800
Raiford, FL 32083-0800.

Clerk, U.S. District
1 N. Palafox Street.
Pensacola, FL 32502

RECEIVED DEC 17 2021

LEGAL MAIL

Mailed From Correctional Institution

LEGAL MAIL
Provided to Florida State Prison on
12/13/21 for mailing by [signature]