UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DA'SHAUN BROOKS,

    Plaintiff,

v.                                      Case No. 4:21-cv-182-WS/MJF

ELIAS and SAILOR,

    Defendants.
_____/

**ORDER**

Defendants Elias and Sailor each have been served with a summons and a copy of Plaintiff's fourth amended complaint. Doc. 42 at 2; Doc. 47 at 2. Elias's responsive pleading was due on or before August 8, 2022. *See* Docs. 44, 47. Sailor's responsive pleading was due on or before August 22, 2022. *See* Doc. 42. As of the date of this order, neither Elias nor Sailor have filed a responsive pleading.

"A federal court has at its disposal an array of means to enforce its orders." *Degen v. United States*, 517 U.S. 820, 827 (1996). For example, if a party fails to comply with a court order, this court may "enter a default on a claim, take other appropriate action, or issue an order to show cause why . . . these actions should not be taken." N.D. Fla. Loc. R. 41.1. Given Defendants' disregard for this court's orders to file a responsive pleading, they each shall explain and show cause why they should not be subject to sanctions.

Accordingly, it is **ORDERED**:

1.  The clerk of the court shall send a copy of this order to:

    a.  **Lance E. Neff**, General Counsel for the Florida Department of Corrections, 501 South Calhoun St., Tallahassee, FL 32399-2500;

    b.  **Tommy Dicks**, the specially appointed process server at Wakulla Correctional Institution; and

    c.  **Elias's home address**, as provided by the specially appointed process server at Wakulla Correctional Institution. The clerk of the court shall protect the confidentiality of Elias's home address.

2.  Within **SEVEN (7) DAYS** after receipt of this order, **Tommy Dicks,**[1] **must deliver this order to Defendant Sailor**.

3.  **On or before September 28, 2022**:

    a.  Elias shall explain and show cause why he failed to comply with this court's order to file a responsive pleading to Plaintiff's fourth amended complaint; and

    b.  Sailor shall explain and show cause why he failed to comply with this court's order to file a responsive pleading to Plaintiff's fourth amended complaint.

---

[1] In the absence of Tommy Dicks, Lisa Robinson is designated as an alternate process server and must comply with this order as though issued in her name.

4. Failure to comply with this order may result in an imposition of sanctions as described by Local Rule 41.1.

**SO ORDERED** this 29th day of August, 2022.

/s/ *Michael F. Frank*
**Michael J. Frank**
**United States Magistrate Judge**