IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSE CITY DIVISION

DA'SHAUN BROOKS,
DOC# H40839,
Plaintiff,

v.                          Case No. 4:21-cv-182-WS/MJF

ELIAS, ET AL.,
Defendants.

Legal Mail
Provided to Florida State Prison on 10/3/22 for mailing by [signature]

### PLAINTIFF'S OBJECTION TO DEFENDANT'S RESPONSE TO THIS COURT'S ORDER.

Comes Now, the Plaintiff, DA'SHAUN BROOKS, DOC# H40839, and files the instant, Objection to Defendant's response to this court's order, Order To Show Cause Why The Court Should Not Enter A Default Judgment.

### STATEMENT OF FACTS

1. Plaintiff filed a Second Amended Complaint on February 23, 2022. See (DOC. 35).

2. On August 29, 2022, this Court issued an Order To Show Cause why a Default Judgment should not be entered, as Defendants failed to file a Responsive Pleading to the filed Complaint after being served. See (DOC. 48).

3. On September 23, 2022, the Office Of The Attorney General entered a Notice Of Appearance of Counsel on behalf of Defendants. See (DOC 50).

(1)

4. On September 23, 2022, Defendants, through Counsel, filed a Responsive Pleading to the Order To Show Cause issued by this Court August 29, 2022, along with an additional Motion For Extension Of Time to Respond to the Complaint filed. See (DOC 51) and (DOC 52).

## OBJECTION

Counsel for the Defendants states that the reason why no Responsive Pleading has been filed on behalf of Defendants is due to no fault of Defendants, but rather an administrative oversight within the Florida Department of Corrections ("FDC").
After recognition of the oversight, FDC requested representation for Defendants, and counsel has now filed the Response, a Notice Of Appearance, and a Motion for Extension of Time.

This Court should first take note that Defendants were served individually and received a copy of the Complaint filed against them both.
Defendants are being sued in their Individual Capacity and not in their Official Capacity.
This brings about Individual Responsibility to make sure that counsel was obtained and a Responsive Pleading was filed appropriately and in timely fashion. FDC is not named as a Defendant in this action and does not bear responsibility for any filings, nor is it the responsibility of the tax payers of the State to pay for representation of a person being sued in their Individual Capacity.

Defendants had six (6) months between the filing of the second amended complaint, and the Order To Show Cause was issued by this Court, to obtain Counsel and file a Responsive Pleading.

However it wasn't until this Court issued the Show Cause Order and Defendants thought that a Default Judgment was about to be entered against them that they sought counsel to attempt to respond.

The excuse offered in Defendants Response to this Court's Show Cause Order, is nothing but a minipulation tatic to try and sway this Court from entering a Default Judgment against Defendants.

Defendants have shown a clear pattern of irresponsibility in this matter, and a clear disrespect to this court. Not to mention a complete waste of this Court's time.

The only excuse offered is an oversight by FDC Administration which is not responsible for them or their actions as, they are being sued in their Individual Capacity and not in their Official Capacity.

The actions displayed in the complaint, are actions of a person acting outside the rules, regulations, and policies, of FDC for personal self satisfaction and or personal gain.

Counsel for Defendants needs to understand that because Defendants are not named in their Official Capacity, the Attorney General's Office, a Public Office is not suppose to represent them.

(3)

Defendants are suppose to obtain private Counsel to represent them in this cause. Legally the Attorney General's Office cannot represent Defendants in this matter.

Defendants have not shown good cause why this Court should not enter a Default Judgment against Defendants in this case.

As such, Plaintiff now requests that this Honorable Court, pursuant to, Fed. R. Civ. P. 55, enter a Default Judgment against Defendant in this case, as Defendants were culpable and or willful in the default in this matter.

Respectfully Submitted,

/s/ Da'shaun Brooks
DA'SHAUN BROOKS, Pro Se,
DOC# H40839
Florida State Prison
P.O. Box 800
Raiford, FL 32083

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, Objection To Defendants Response To This Court's Order, has been furnished via U.S. Mail to:

Defendant's Counsel, ERIK KVERNE, Assistant Attorney General, Florida Bar. No. 99829, Office Of The Attorney General, PL-01 The Capitol, Tallahassee, FL 32399-1050,

On this 3rd day of October, 2022.

/s/ Da'Shaun Brooks
DA'SHAUN BROOKS, Pro Se,
DC# H40839
Florida State Prison
P.O. Box 800
Raiford, FL 32083

(5)



DA'Shawn Brooks #H40839
Florida State Prison
P.O. Box 800
Raiford Fl. 32083

LEGAL MAIL

Mailed From A State Correctional Institution

US District Court
1 N. Palafox Street
Pensacola, Fl 32502

RECEIVED OCT 0 7 2020

Legal Mail
Provided to Florida State Prison on
10/3/22 for mailing by D.B.