Legal Mail
Provided to Florida State Prison on
11/7/22 for mailing by D.B

Da'Shaun Brooks
Plaintiff

v.

Case No. 4:21-cv-182-WS/MJF

Elias & Skilor

## Production of Documents

Pursuant to Rule 34 of the federal Rule of civil procedure plaintiff requests that Defendants Elias & Skilor produce for inspection and copying the following Documents.

1.) All written statements (originals or copies identifiable as reports about the incident on 1-4-21 made by D.O.C employees and/or witness.

2.) Any and All Rules regulations & policies of Wakulla correctional Inst. State of Fla D.O.C.

3.) Request All "Everfocus video & audio for the incident on 1-4-21 app At 3:15 to 3:45 J.2 Dormitory

4.) The I.G investigation, audio & statements & the video that was Retrieved stored showing the Assult on 1-4-21 in J-2 Dormitory.


FILED USDC FLND PN
NOV 15 '22 AM 9:41

Certificate of Service

I Hereby Certify That on November 7 2022. I filed The foregoing Production of Documents. Mailed to Defendants Attorney, Erik Kverne Senior Assistant Attorney General PL-01 The Capitol Tallahassee FL. 32399-1050.

Da'shaun Brooks<br>
H40834<br>
Florida State Prison<br>
P.O Box 800<br>
Raiford Fl. 32083.

Legal Mail
Provided to Florida State Prison on
11/7/22 for mailing by