Da'shaun Brooks
    Plaintiff's

Legal Mail
Provided to Florida State Prison on
11/7/22 for mailing by ___D.B___

v

Elias & Scilor
    Defendants.

CASE NO. 4:21-cv-182-W3/MJF.

## Plaintiff's First set of Interr
ogatories to Defendants.

In accordance with Rule 33 of The federal Rule of
Civil procedure, Plaintiff Requests That Defendant
Elias & Scilor answer The following Interrogatories
under oath, and That The answers be signed by The
Person making Them and be served on Plaintiff's
within 30 Days of service of These Interrogatoiles.

If you cannot answer The following Interrogatoric in
full after exercising due diligence to secure The
Performation to Do so state and answer to The extent
Possible, specifying your inability to answer The
Remainder and stating whatever information or knowledge
you have concerning The answered portions.

These Interrogatories shall be deemed continuing
So as to require supplemental answer as new and different
information materializes.

FILED USDC FLND PN
NOV 15 '22 AM 9:41  NJ

Questions I have The Defendants.

1. how long have Defendant Elias & Sailor Work at wakulla correctional inst. or D.O.C period.

2. Where is The officer assigned to work Whatare Elias & Sailor Duties as correctional officer At wakulla Correctional Inst.

3. What Do Elias & Sailor Remeber about The Event on 1-4-21.

4. what Did Elias & Sailor write about The incident in any reports.

5. have officer Elias or sailor Been disciplined Due to This incident.

6. Why would you attach an Inmate That shows no harm Nor Threat twords you in hand cuffs. Elias & Sailor.

7. Why was excessive force Nessary in The first place. on Plaintiff.

8. Do Elias and sailor Know The Rules & Regulation to The prison at wakulla C.I or D.O.C policies.

9. if Elias Does Know The Rules & policies to wakulla C.I or D.O.C. why Did he Body Slam me multiple times to The concreat posing No Threat. at all.

Certificate of service

I Hereby Certify That on November 7, 2022
I Filed The forgoing First set of Interrogatories
to Defendants Attorney, Erik Ihrine, senior
Assistant Attorney General PL-01 The capitol tallhassee
Fl. 32399-1050.

Da'Shawn Brooks
H40834
Florida state prison.
P.O Box 800
Raiford Fl. 32083.



Legal Mail
Provided to Florida State Prison
on 11/7/22 for mailing by