UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DA'SHAUN BROOKS,
    Plaintiff,

v.                                                          Case No. 4:21-cv-182-WS/MJF

ELIAS and SAILOR,
    Defendants.
_____/

## ORDER

Plaintiff has filed his first set of interrogatories and requests for production of documents. Docs. 60, 61. In its case management order, this court stated that the parties **shall not file discovery materials**, including discovery requests, "unless and until needed by the court for consideration of pending motions." Doc. 59 at 5; *see* Fed. R. Civ. P. 5(d). The parties should instead serve discovery requests, if any, upon each other. Because there is no pending motion to which the discovery requests relate, Plaintiff should not have filed his discovery requests with this court.

Accordingly, it is **ORDERED** that the clerk of the court shall strike from the court's electronic docket Plaintiff's first set of interrogatories and requests for production of documents, Docs. 60, 61.

**SO ORDERED** this <u>16th</u> day of November, 2022.

                                           /s/ *Michael J. Frank*
                                           **Michael J. Frank**
                                           **United States Magistrate Judge**